UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE, PLAINTIFF : | |
| : | DOCKET NO. 3:25-cv-00787-OAW |
| : | |
| : | |
| v. : | |
| : | |
| YALE UNIVERSITY, KIMBERLY MCKEOWN, : | |
| AND GORDON SILVERSTEIN : | |
| : | |
| DEFENDANTS : | |
| : | JUNE 5, 2025 |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM

Plaintiff's submission (ECF #3) does not satisfy the Second Circuit's standard to proceed pseudonymously and thereby deprives the public of the "right to know who is using their courts." *Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 189 (2d Cir. 2008) (internal quotation omitted); *Id.* at 189-90 (establishing non-exhaustive ten factor test). *See also Doe v. Gerken*, 2022 WL 167914 (D. Conn. Jan. 18, 2022) (*Merriam, J.*) (applying *Sealed Plaintiff* factors to deny motion to proceed pseudonymously by two Yale Law School students alleging risk of retaliation and injury to professional prospects). Nevertheless, at this time Defendants are not "prejudiced by allowing the plaintiff to press [her] claims anonymously." *Sealed Plaintiff*, 537 F.3d at 190 (sixth factor). Accordingly, Defendants do not object to Plaintiff's motion.

        THE DEFENDANTS,
YALE UNIVERSITY,
GORDON SILVERSTEIN and
KIMBERLY MCKEOWN

*Patrick M. Noonan*
Patrick M. Noonan, (ct00189)
Jeffrey M. Beck (ct31564)
Carmody Torrance Sandak & Hennessey LLP
741 Boston Post Road
Guilford, CT 06437
Telephone: (203) 458-9168
PNoonan@carmodylaw.com
JBeck@carmodylaw.com
Their Attorneys