## UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL STANDARD MINUTES

**Date:** 6/10/2025  
**Case #:** 3:25-cv-00787-OAW  
**Honorable Judge:** Omar A. Williams  
**Deputy Clerk:** Marquita Peterson  

**Jane Doe** Vs. **Yale University et al**

**Counsel for Pla(s):** Alexander T. Taubes  
**Counsel for Dft(s):** Patrick M. Noonan / Jeffrey Beck  
**Start Time:** 10:02 AM   **End Time:** 4:30 PM  
**Reporter/ECRO/Courtsmart:** Catherine Cullen  
**Recess (if more than ½ hr):** 1:02pm to 1:55pm  
**Total Recess:** 53 minutes  
**Total Time:** 5 hour(s) 58 minute(s)  
**Hearing held:** ☑ in person  ☐ by video  ☐ by telephone

### HEARING AND TIME

- ☑ Motion/Oral Argument
- ☐ Show Cause Hearing
- ☐ Evidentiary Hearing
- ☐ Judgment Debtor Exam
- ☐ Pretrial Conference
- ☐ Scheduling Conference
- ☐ Status Conference
- ☐ Settlement Conference
- ☑ Other: Preliminary Injunction

### MOTIONS

- ☑ Motion: Preliminary Injunction (Emergency) — filed by ☑ Pla ☐ Dft — ☐ granted ☐ denied ☑ taken under advisement
- ☑ Motion: for order allowing Plaintiff to proceed under a pseudonym — filed by ☑ Pla ☐ Dft — ☐ granted ☐ denied ☑ taken under advisement
- ☑ Motion: for Temporary Restraining Order — filed by ☑ Pla ☐ Dft — ☐ granted ☐ denied ☑ taken under advisement
- ☑ Motion: to Withdraw Response at ECF #46 in favor of Response at ECF #47 as ECF #46 contained a misfiled draft. — filed by ☑ Pla ☐ Dft — ☐ granted ☐ denied ☑ taken under advisement
- ☑ ORAL Motion: to proceed using the pseudonym "Jane Doe" at today's hearing — filed by ☑ Pla ☐ Dft — ☑ granted ☐ denied ☐ under advisement
- ☑ ORAL Motion: to preclude the testimony of live witnesses — filed by ☑ Pla ☐ Dft — ☐ granted ☑ denied ☐ under advisement
- ☑ ORAL Motion: to sequester Defendant's witnesses (non-defendants) — filed by ☑ Pla ☐ Dft — ☑ granted ☐ denied ☐ under advisement
- ☑ ORAL Motion: for the Plaintiff to use her laptop — filed by ☑ Pla ☐ Dft — ☐ granted ☑ denied ☐ under advisement

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____  
☐ Status report due _____  
☐ Hearing continued until _____ at _____

### NOTES

Plaintiff's MOTION to Seal ECF Nos. 49 & 50 (filed - ECF 51) to be taken under advisement

Plaintiff's ORAL Motion for Protective Order to be Issued - **Denied** by Judge Williams

Plaintiff's ORAL Motion to Refer to a Magistrate Judge for a Settlement Conference - **Granted** by Judge Williams

Temporary Restraining Order extended 14 days or until court issues a ruling, whichever comes first, and not to exceed June 24 at 5:30 p.m.

Rev. 3/21/24