UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, | : | Civil Action No: 25-cv-787 |
|     *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|     *Defendants*. | : | June 20, 2025 |

**MOTION TO SEAL**

Pursuant to D. Conn. L. Civ. R. 5(e)(4)(a), Plaintiff Jane Doe respectfully moves for leave to file under seal the following motion:

- Motion to Reconsider the Order Denying Plaintiff's Motion to Proceed Under a Pseudonym;

The undersigned respectfully submits that sealing of these materials is warranted because they protect the Plaintiff's identity from disclosure, which is the subject of the Plaintiff's motion for pseudonymity, and necessarily recites details of Plaintiff's diagnoses, course of health treatment, and other personal medical facts that are protected from public disclosure by HIPAA and are recognized as especially sensitive. Public dissemination of that information would defeat the purpose of Plaintiff's underlying request for pseudonymity and risk the serious psychological harm documented in her records. This Court has already granted a motion to seal similar materials, and has stated that the Plaintiff need not seek leave to file documents previously permitted to be filed under seal. The sealing of this motion, rather than sealing of the entire docket, is the most narrowly tailored way to preserve this interest, which outweighs the public's right to know the personal identifying details of the Plaintiff in these materials. Accordingly, this motion to seal should be granted.

Respectfully Submitted,

PLAINTIFF

By:    /s/             
Alexander T. Taubes, Esq.
Federal Bar No.: ct30100
Alexander T. Taubes
470 James Street, Suite 007
New Haven, CT 06513
(203) 909-0048
alextt@gmail.com

2