United States District Court for the District of Connecticut
File Number 3:25-cv-00787-OAW

| | |
|---|---|
| Jane Doe, Plaintiff<br><br>v.<br><br>Yale University, Gordon Silverstein, and Kimberly McKeown,<br> Defendants. | **AMENDED** Notice of Appeal<br><br><br>JUNE 24, 2025 |

      Pursuant to Federal Rule of Appellate Procedure 4(a)(4)(B)(ii), Notice is hereby given that JANE DOE, plaintiff in the above-named case, hereby amends her appeal to the United States Court of Appeals for the Second Circuit from the order located at ECF No. 65, denying Plaintiff's Motion to Proceed Under a Pseudonym, to also include an appeal of the order at ECF No. 78, denying Plaintiff's Motion for Reconsideration.

/s/Alexander T. Taubes
Attorney for Plaintiffs
470 James Street
Suite 007
New Haven, CT 06513
alextt@gmail.com
(203) 909-0048
