**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JANE DOE, | : | **Civil Action No: 25-cv-787** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
| *Defendants.* | : | June 24, 2025 |

## PLAINTIFF'S EMERGENCY MOTION FOR CLARIFICATION

Plaintiff, through counsel, respectfully asks this Honorable Court for clarification as to given that this Court ruled, ECF No. 78, that Plaintiff was "granted leave to amend her complaint ONLY by affixing her name to it before 4:00 p.m. EDT tomorrow, June 25, 2025, which is when the stay at ECF No. 65 will be lifted, absent any intervening adverse ruling by the United States Court of Appeals for the Second Circuit."

A ruling was issued by the United States Court of Appeals for the Second Circuit, *Doe v. Yale University*, 25-1564 (Dkt. No. 8) (2d Cir. June 24, 2025) (Kahn, J.) (staying the order pending referral of the motion for stay to a three-judge panel). Will this ruling toll the stay in ECF No. 78 such that, if the Court of Appeals returns this interlocutory issue to this Court, will the Plaintiff be given the opportunity to voluntarily dismiss the case pursuant to Rule 41(a)(1)(A)(i) before the docket is changed, or would this Court order otherwise?

This motion is being designated as seeking "emergency" relief. "Good cause" exists under Local Rule 7(a)(6) because at 4:00 p.m. EDT tomorrow, June 25, 2025, it is unclear whether the Plaintiff's identity might be publicly published on the docket, which would cause Plaintiff irreparable harm more severe in magnitude than dismissal of the case.

Respectfully Submitted,

1

PLAINTIFF

By:_____/s/_____

Alexander T. Taubes, Esq.
Federal Bar No.: ct30100
Alexander T. Taubes
470 James Street, Suite 007
New Haven, CT 06513
(203) 909-0048
alextt@gmail.com

2