# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of June, two thousand twenty-five.

Before:    Maria Araújo Kahn,
              *Circuit Judge.*

_____

Jane Doe,

       Plaintiff - Appellant,

v.

Yale University, Kimberly McKeown, Gordon Silverstein,

       Defendants - Appellees.

_____

**ORDER**

Docket No. 25-1564

Appellant moves for a stay of the district court's June 17, 2025 order denying her motion to proceed by pseudonym. Appellant also moves for leave to file an exhibit under seal.

IT IS HEREBY ORDERED that, to the extent Appellant seeks a temporary stay pending review by a three-Judge panel, the motion is GRANTED. The motion for a stay is REFERRED to a three-Judge panel. The motion to seal is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 06/24/2025