UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE, PLAINTIFF | : |
| | : DOCKET NO. 3:25-cv-00787-OAW |
| | : |
| | : |
| v. | : |
| | : |
| YALE UNIVERSITY, KIMBERLY MCKEOWN, AND GORDON SILVERSTEIN | : |
| | : |
| DEFENDANTS | : |
| | : JULY 1, 2025 |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO REVISE RULING DENYING PRELIMINARY INJUNCTION

On June 23, 2025, this Court issued an Order and accompanying Opinion (ECF #74), denying Plaintiff's Motion for Preliminary Injunction (ECF #32). On June 30, 2025, Plaintiff filed a "Motion to Revise Ruling Denying Preliminary Injunction, ECF No. 74 Pursuant to Fed. R. Civ. P. 54(b)" (ECF #92.) Substantively, Plaintiff's Motion appears to be one for Reconsideration. However, in the body of her Motion, Plaintiff states she is filing it pursuant to both Fed. R. Civ. P. 54(b) (granting authority to revise orders at any time prior to entry of the final judgment) as well as D. Conn. L. Civ. R. 7(c)(1) (prescribing standards for filing of motions for reconsideration). (ECF #92 at 1.)

If the Court intends to treat Plaintiff's Motion as one for Reconsideration, then "[n]o response to a motion for reconsideration need be filed unless requested by the Court." D. Conn. L. Civ. R. 7(c)(2). Defendants will not reiterate here the arguments they made in opposition to Plaintiff's Motion for Preliminary Injunction (ECF #43) nor restate the elements of the Court's analysis which led to its well-reasoned Opinion denying that Motion (ECF #74), beyond stating that the Motion for Preliminary Injunction was properly decided, and the Court should not reconsider its decision.

Of course, if the Court prefers that Defendants address the Plaintiff's Motion more substantively, Defendants would be happy to submit a detailed Memorandum in Opposition to Plaintiff's instant Motion.

    THE DEFENDANTS,
    YALE UNIVERSITY,
    GORDON SILVERSTEIN and
    KIMBERLY MCKEOWN

    *Patrick M. Noonan*
    Patrick M. Noonan, (ct00189)
    Jeffrey M. Beck (ct31564)
    Carmody Torrance Sandak & Hennessey LLP
    741 Boston Post Road
    Guilford, CT 06437
    Telephone: (203) 458-9168
    PNoonan@carmodylaw.com
    JBeck@carmodylaw.com
    Their Attorneys