UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE, PLAINTIFF : | |
| : | DOCKET NO. 3:25-cv-00787-OAW |
| : | |
| : | |
| v. : | |
| : | |
| YALE UNIVERSITY, KIMBERLY MCKEOWN, : | |
| AND GORDON SILVERSTEIN : | |
| : | |
| DEFENDANTS : | |
| : | JULY 7, 2025 |

## **DEFENDANTS' SUPPLEMENTAL EXHIBIT TO ECF NO. 76**

On June 17, 2025, this Court issued an Order (ECF #65) denying Plaintiff's Motion to Proceed Under a Pseudonym (ECF #3).

Plaintiff responded by filing several motions, including, on June 24, 2025, a motion requesting a stay from the Second Circuit Court of Appeals pending her interlocutory appeal (ECF #75). Also on June 24, 2025, Defendants filed a Memorandum in Opposition to that motion (ECF #76). In their Memorandum, Defendants opposed the Plaintiff's requested stay and provided substantive arguments in opposition to Plaintiff's underlying motion to proceed pseudonymously, in support of this Court's decision. Shortly thereafter, also on June 24, this Court denied Plaintiff's motion for reconsideration of that decision on pseudonymity. (ECF #78.)

Since then, Defendants have discovered new evidence in support of their position that Plaintiff should not be allowed to proceed under a pseudonym. Specifically, Plaintiff sent a group chat to the entire 23-member cohort of her J.S.D. student peers under her real name in which she described herself as the person involved in this dispute. (Attached hereto as Exhibit 1.) Notably, the J.S.D. cohort is comprised of almost two dozen individuals from different countries, stages of the program, and fields of research; and who thus do not necessarily have personal (or for that

matter any) relationships with the Plaintiff. Nevertheless, Plaintiff sent her communications regarding her personal involvement in this dispute to this full J.S.D. group chat.

The fact that Plaintiff is willingly communicating with her entire peer group about this litigation while revealing her name is compelling evidence that Plaintiff herself is willing to selectively abandon anonymity when it suits her purpose and inform others of her involvement in this litigation. This is further evidence that the Plaintiff is not entitled to anonymity in this case pursuant to Fed. R. Civ. P. 10(a). She has revealed her own identity to the group of people most intimately familiar with the parties involved and issues at stake. She should not be allowed to proceed under a pseudonym on the public docket while Defendants are forced to defend their reputations and rights without the benefit of a cloak of anonymity. The Defendants submit this evidence in support of their Memorandum at ECF #76 and of this Court's decision at ECF #65.

THE DEFENDANTS,
YALE UNIVERSITY,
GORDON SILVERSTEIN and
KIMBERLY MCKEOWN

*Patrick M. Noonan*
Patrick M. Noonan, (ct00189)
Jeffrey M. Beck (ct31564)
Carmody Torrance Sandak & Hennessey LLP
741 Boston Post Road
Guilford, CT 06437
Telephone: (203) 458-9168
PNoonan@carmodylaw.com
JBeck@carmodylaw.com
Their Attorneys