

# JSDs 2024-25'

Group · 23 members


**Audio**


**Video**


**Add**


**Search**

## Add group description

Created by ███████████████ , 8/21/24

## Media, links, and docs                    17 >



proposes to raise the tax on the investment income of Yale and a number of other universities from 1.4% to 21%. Each year, this increased endowment tax would strip from Yale's budget hundreds of millions of dollars that currently fund financial aid, research, scholarship, and teaching.

This legislation presents a greater threat to Yale than any other bill in memory. Today, I ask you to join me in defending the research that saves lives and keeps America competitive, the faculty who enrich minds and help us make sense of our complex


## Notifications
All


## Media visibility



JSDS 2024-25
3 online

May 22, 2025



July 31                                    17:47

oh    17:48

July 31 for graduates    17:48

fwiw I am embroiled in an HR and OIEA complaint against Gordon. They printed my name as a graduate but I am disputing forced graduation after Gordon took a draft thesis missing chapters, and asked a professor who wasn't on my committee to sign off on it.    17:50

I intend to graduate in 2026. The degree vote is on May 28 and my lawyer and Gordon's lawyer are likely to settle before then...but I don't know, I might get kicked out...    Edited 17:50

I would appreciate if as usual this chat is treated as confidential

17:52