UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, | : | Civil Action No: 25-cv-787 |
|     *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, ET AL., | : | |
|     *Defendants.* | : | July 10, 2025 |

## MOTION TO SEAL

Pursuant to D. Conn. L. Civ. R. 5(e)(4)(a), Plaintiff Jane Doe respectfully moves for leave to file under seal the following motion:

- Defendants' Supplemental Exhibit (ECF No. 97);

- Plaintiff's Sealed Response to Supplemental Exhibit (ECF No. 100)

The undersigned respectfully submits that sealing of these materials is warranted because they protect the Plaintiff's identity and therefore her sensitive medical conditions from disclosure, and for the reasons contained in the response. Public dissemination of that information would risk the serious psychological harm documented in her records. This Court has already granted a motion to seal similar materials, and has stated that the Plaintiff need not seek leave to file documents previously permitted to be filed under seal. The sealing of this motion, rather than sealing of the entire docket, is the most narrowly tailored way to preserve this interest, which outweighs the public's right to know the personal identifying details of the Plaintiff in these materials. Accordingly, this motion to seal should be granted.

Respectfully Submitted,

                      PLAINTIFF

                      By: /s/
                      Alexander T. Taubes, Esq.
                      Federal Bar No.: ct30100
                      Alexander T. Taubes
                      470 James Street, Suite 007
                      New Haven, CT 06513
                      (203) 909-0048
                      alextt@gmail.com