United States District Court for the District of Connecticut
File Number 3:25-cv-00787-OAW

| | |
|---|---|
| Jane Doe, Plaintiff<br><br>v.<br><br>Yale University, Gordon Silverstein, and Kimberly McKeown,<br> Defendants. | Notice of Appeal<br><br><br>JULY 11, 2025 |

     Pursuant to Federal Rule of Appellate Procedure 4, Notice is hereby given that JANE DOE, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the order located at ECF No. 74, denying Plaintiff's Motion for a Preliminary Injunction.

/s/Alexander T. Taubes
Attorney for Plaintiffs
470 James Street
Suite 007
New Haven, CT 06513
alextt@gmail.com
(203) 909-0048