UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, PLAINTIFF | : | DOCKET NO. 3:25-cv-00787-OAW |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, KIMBERLY MCKEOWN, | : | |
| AND GORDON SILVERSTEIN | : | |
| | : | |
| DEFENDANTS | : | |
| | : | JULY 23, 2025 |

## MOTION TO SEAL

Pursuant to Local Civil Rule 5(e), and in conformity with this Court's May 19, 2025 Order granting Plaintiff's Motion to Seal (ECF #23), Defendants respectfully move for leave to file under seal Exhibit 1 in support of Defendant's Motion to Dismiss. The reason for this request is that Exhibit 1 contains references to the Plaintiff's name, and the Second Circuit has not yet ruled on whether the Plaintiff will be able to proceed pseudonymously in this case or not.

THE DEFENDANTS,

YALE UNIVERSITY,
GORDON SILVERSTEIN and
KIMBERLY MCKEOWN

*Patrick M. Noonan*
Patrick M. Noonan, (ct00189)
Jeffrey M. Beck (ct31564)
Carmody Torrance Sandak & Hennessey LLP
741 Boston Post Road
Guilford, CT 06437
Telephone: (203) 458-9168
PNoonan@carmodylaw.com
JBeck@carmodylaw.com
Their Attorneys