UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, | : | DOCKET NO. 3:25-cv-00787-OAW |
| | : | |
| PLAINTIFF | : | |
| | : | |
| v. | : | |
| | : | |
| YALE UNIVERSITY, KIMBERLY MCKEOWN, AND GORDON SILVERSTEIN | : | |
| | : | |
| DEFENDANTS | : | |
| | : | JULY 28, 2025 |

### **DEFENDANTS' MOTION FOR ORDER REGARDING THE RULE 26(f) REPORT**

Pursuant to Fed. R. Civ. P. 26(f), 16(b), 37(f), and this Court's inherent authority, Defendants request that this Court issue a scheduling order that conforms to Defendants' Rule 26(f) Report that was filed on June 30, 2025. (ECF #87.) Plaintiff has refused to participate in discussions regarding the 26(f) Report since June 27, 2025. Defendants submit the attached correspondence and recount the following sequence of events that warrants this Court issuing a scheduling order based on Defendants' proposed Rule 26(f) Report:

1. On June 30, 2025, after the parties were unable to resolve their differences regarding the Joint 26(f) Report, Defendants filed their proposed 26(f) Report. (ECF #87.)

2. Defendants simultaneously filed a motion to stay all proceedings until July 28, 2025, given the pending judicial settlement conference. (ECF #88.)

3. This Court granted Defendants' motion to stay and ordered the parties to file a revised joint Local Rule 26(f) report on or before July 28, 2025, if the claims were not settled on July 14 at the judicial settlement conference. (ECF #99.)

4. The claims were not settled at the judicial settlement conference held on July 14. (ECF #105.)

5. The following day, in an effort to reach a compromise, Defendants sent Plaintiff a new counterproposal to Plaintiff's Proposed 26(f) Report (ECF #90-1), which included proposed changes to Defendants' original draft report which Defendants believed would be more acceptable to Plaintiff. Defendants' counterproposal is attached hereto as Exhibit 1.

6. In the July 15 correspondence, Defendants requested that Plaintiff respond to the counterproposal by July 22, 2025, and offered to meet and discuss should Plaintiff's counsel wish to do so. (Correspondence attached hereto as Exhibit 2.)

7. On July 23, 2025, after receiving no response to their counterproposal, Defendants followed up with Plaintiff's counsel, reminding him of the due date for the Joint 26(f) Report and again offering to confer. Plaintiff's counsel has yet to respond to that email. (Ex. 2.)

8. Also on July 23, 2025, Defendants filed a Motion to Dismiss Plaintiff's Complaint, a Memorandum in Support, and a Motion to Stay all proceedings other than pleadings related to the Motion to Dismiss. (ECF ## 109, 110.) Prior to filing the Motion to Dismiss, Defendants emailed Plaintiff to request Plaintiff's position on the Motion to Stay, and Plaintiff's counsel responded very promptly that he did not agree. (Ex. 2.) This prompt response to Defendants' email on July 23 demonstrates that Plaintiff was available to respond to other issues relating to this case, including the proposed Rule 26(f) Report.

9. To date, Plaintiff's counsel has not responded to Defendants' counterproposal, has not provided any language for the sections in the Rule 26(f) Report which require the

Plaintiff's Claims and Position, and indeed has completely failed to provide any response whatsoever regarding Defendants' proposed Joint Rule 26(f) Report.

This Court has broad discretion to manage pretrial proceedings, including issuing scheduling orders and imposing sanctions for noncompliance. "Scheduling is a matter that is of necessity committed to the sound discretion of the trial court." *United States v. Fell*, 531 F.3d 197, 227 (2d Cir. 2008) (citation omitted). *See also* Fed. R. Civ. P. 16(b); 37(f).

Should this Court grant Defendants' Motion to Stay at ECF #110, the instant Motion will be rendered moot. However, if this Court does not grant Defendants' pending Motion to Stay, a Rule 16(b) scheduling order consistent with Defendants' proposed Rule 26(f) Report at ECF #87 should be entered. Plaintiff has willfully refused to cooperate in the collaborative process required under Fed. R. Civ. P. 26(f). Given that refusal, Defendants request that the Court enter a scheduling order in conformance with their proposed 26(f) Report, filed at ECF #87.

WHEREFORE, Defendants respectfully request that this Court grant this Motion and issue a scheduling order in conformance with their proposed 26(f) Report, filed at ECF #87, in the event that the Motion to Stay is not granted.

THE DEFENDANTS,

YALE UNIVERSITY,
GORDON SILVERSTEIN and
KIMBERLY MCKEOWN

*Patrick M. Noonan*
Patrick M. Noonan, (ct00189)
Jeffrey M. Beck (ct31564)
Giovanna Tiberii Weller (ct11187)
Carmody Torrance Sandak & Hennessey LLP
741 Boston Post Road
Guilford, CT 06437
Telephone: (203) 458-9168
PNoonan@carmodylaw.com
JBeck@carmodylaw.com
Their Attorneys